IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL PHILLIPS SCOTT,

      Petitioner,                    No. CIV S-07-1001 WBS KJM P

   vs.

TOM L. CAREY, Warden,

      Respondent.            ORDER

_____/

      Petitioner has requested an extension of time to file and serve objections to the September 9, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's motion for an extension of time (docket no. 10) is granted; and

      2. Petitioner shall file and serve objections to the September 9, 2008 findings and recommendations on or before October 21, 2008.

DATED: October 10, 2008.

                                        U.S. MAGISTRATE JUDGE

/mp
scot1001.111