UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NOEL PHILLIPE SCOTT,

        Petitioner,

    v.

TOM L. CAREY,

        Respondent.

NO. CIV. S-07-1001 WBS KJM P

<u>ORDER ISSUING A CERTIFICATE OF APPEALABILITY</u>

----oo0oo----

Petitioner Noel Phillipe Scott seeks to appeal in forma pauperis from this court's order of January 8, 2009, dismissing this habeas corpus petition. Before defendant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

1

1          A certificate of appealability should be granted for
2   any issue that petitioner can demonstrate is "'debatable among
3   jurists of reason,'" could be resolved differently by a different
4   court, or is "'adequate to deserve encouragement to proceed
5   further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir.
6   2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).
7          Petitioner has made a sufficient showing to justify
8   issuance of a certificate of appealability on the issue of
9   whether petitioner's is entitled to equitable tolling on his
10  habeas corpus petition.
11         IT IS THEREFORE ORDERED that a certificate of
12  appealability is hereby issued.
13  DATED: February 13, 2009

                   _____
                   WILLIAM B. SHUBB
                   UNITED STATES DISTRICT JUDGE